# United States Court of Appeals
## For the First Circuit

No. 22-1858

CARMEN QUINTANA-DIEPPA,

Plaintiff, Appellant,

v.

DEPARTMENT OF THE ARMY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on February 25, 2025, is amended as follows:

On page 5, line 14, replace "Antony" with "Anthony".

On page 18, line 4 of footnote 9, replace "authority enforce" with "authority to enforce".

On page 27, line 12, replace "to be out" with "to be an out".

On page 30, line 2, replace "hiring younger" with "hiring a younger".

On page 32, line 8 of footnote 18, replace "can not" with "cannot".